UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TREYMANE MONTGOMERY,          )
                              )
        Plaintiff,             )
                              )
v.                            )   Civil Action No. 07-1214
                              )
UNITED STATES PAROLE          )
COMMISSION, *et al.*          )
                              )
        Defendants.            )

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is further

ORDERED that the complaint will be DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

Date: 11/26/07